JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SORIANO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTSON'S READY MIX, LTD, a California Limited Partnership; and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-00651 JLS(ADSx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>Honorable Josephine L. Staton |

**ORDER**

The Court, having reviewed the Joint Stipulation to Remand to State Court, orders the following:

1. This action is REMANDED to state court.
2. This Order is without prejudice to the rights, claims, defenses and arguments of all parties.
3. The Parties shall bear their own attorney's fees and costs with respect to removal and subsequent remand of the action pursuant to the Joint Stipulation to Remand to State Court.

**IT IS SO ORDERED.**

Dated: May 10, 2019

THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE